JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ISAAC TORRES,

               Petitioner,

         v.

ALEX VILLANUEVA,

               Respondent.

Case No. 2:21-cv-05546-RGK-JDE

JUDGMENT

     Pursuant to the Order Re: Summary Dismissal of Action,

     IT IS ADJUDGED that the Petition is denied, and this action is dismissed without prejudice.

Dated: August 23, 2021

_____
R. GARY KLAUSNER
United States District Judge